IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| C. RODNEY YODER,             ) | |
|                                            ) | |
|     Petitioner,                      ) | |
|                                            ) | |
|     v.                                  ) | Case No.: 3:04-cv-905-DRH |
|                                            ) | |
| FRED FREDERKING, JR. and ATTORNEY  ) | |
| GENERAL OF THE STATE OF ILLINOIS,  ) | |
|                                            ) | |
|     Respondents.                ) | |

**ORDER**

This matter is before the Court on the Motion to Stay filed by the petitioner, C. Rodney Yoder, on December 9, 2004 (Doc. 2). The respondents have indicated that the criminal proceedings that the petitioner seeks to stay have now been dismissed. Therefore, this motion is **DENIED AS MOOT**.

 DATED: August 16, 2005

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**