IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**C. RODNEY YODER,**

      Petitioner,

    -vs-                            No. 04-CV-905 DRH

**FRED FREDERKING, JR. AND ATTORNEY
GENERAL OF THE STATE OF ILLINOIS,**

      Respondents.

### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson.

      **IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The Petitioner's Writ of Habeas Corpus is **DENIED** and this cause of action is **DISMISSED with prejudice**. -------------------------------------------------------------------------------------------------------

                                                                           **NORBERT G. JAWORSKI, CLERK**

October 7, 2005                                          BY: s/Patricia Brown
                                                                                  Deputy Clerk

APPROVED: /s/ David RHerndon
             **U.S. DISTRICT JUDGE**